

# Fourth Court of Appeals
## San Antonio, Texas

July 2, 2014

No. 04-13-00585-CR

Michael **SUTTON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 08-2137-CR
William Old, Judge Presiding

## O R D E R

    Appellant Michael Sutton is advised he has the right to review the appellate record to assist him in preparing a pro se brief in response to the *Anders* brief filed by court-appointed counsel. If appellant desires to exercise this right, he must file a written request for access to the record with this court <u>by July 17, 2014</u>. The request must reference this appeal and be mailed to:

        Fourth Court of Appeals
        300 Dolorosa, Suite 3200
        San Antonio, Texas 78232

    Appellant's pro se brief, was due on June 19, 2014. However, if appellant timely requests access to the record, the deadline to file appellant's pro se brief will be reset.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of July, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court